# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

IN RE:      **KRISTY COLE**           \*

                                     \*

                                     \*     **CASE NO. 10-71506-CMS-13**

                                     \*

      **DEBTOR.**                   \*

## APPLICATION FOR APPROVAL OF
## EMPLOYMENT OF PROFESSIONAL PERSON

Pursuant to 11 U.S.C. section 327(e) and Fed. R. Bankr. P. 2014(a),

_____   the trustee of the captioned bankruptcy case

_____   the captioned debtor in possession in Chapter 11 of the Bankruptcy Code

\_\_**x**\_\_   the captioned debtor

_____   the Unsecured Creditors' Committee of the captioned bankruptcy case

(hereinafter "applicant"), requests the Court to approve the employment of **William A. Holmes** whose address is **Post Office Box 241, Greensboro, Alabama  36744** as her personal injury attorney represent or assist applicant in carrying out the duties as trustee under Title 11 of the United States Code.  In support of this request, applicant represents as follows:

1.     The person whose employment is requested (hereinafter "said person")

       (a)     is professionally qualified and licensed, if required, for such employment;

       (b)     does not hold or represent an interest adverse to the estate;

       (c)     is a disinterested person as that term is defined in section 101(14) of the Bankruptcy Code;

       (d)     has not served as an examiner in this case;

       (e)     if an attorney, is admitted to practice in the U. S. District Court for the Northern District of Alabama; and

(f)    is not a relative of the Bankruptcy Judge approving the employment sought herein or a relative of the Bankruptcy Administrator for the Northern District of Alabama.

2.    Said person is not employed by and does not represent a creditor in this case unless indicated under (a) below.

(a)    Said person is employed by or represents the following creditor(s), but applicant is not aware of any objection by another creditor to said person's employment or of any actual conflict of interest if the employment here requested is approved:

**None**

3.    The specific facts showing the necessity for the employment here requested are as follows:

**automobile accident of August 8, 2008**

4.    The professional services to be rendered are as follows:

**legal services**

5.    The reasons for the selection of said person are:

**experience in the personal injury area**

6.    All of said person's connections with the debtor, creditors, any other parties in interest, their respective attorneys and accountants, the Bankruptcy Administrator, or any person employed in the Office of the Bankruptcy Administrator are as follows:

**None**

7.    Except as stated below, the representations made in this application with respect to said person apply to each of that person's partners and associates and members of the firm, professional corporation, or other entity with whom or with which said person is professionally associated.

8.      With the condition that the court may allow different compensation after the conclusion of said person's employment if the terms and conditions here proposed prove to have been improvident in light of developments not capable of being presently anticipated, applicant proposes the following reasonable terms and conditions of said person's employment:

**Retainer (if any):  None**

**Contingent fee basis (if applicable): forty-two percent (42%)**

By: _Kristy Cole_____
Applicant

## VERIFIED STATEMENT OF PERSON TO BE EMPLOYED

I have read the above and foregoing application.  As required by Fed. R. Bankr. P. 2014(a), and in accordance with Fed. R. Bankr. P. 9011(b) and 28 U.S.C. section 1746, I declare under penalty of perjury that the statements there made with reference to me and my professional associates are true and correct.

This the 4th day of March, 2011.

_____
Signature of Person to be Employed

Witness: _Kimberly W Davis_